# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Jonnie M. Revels                                                        Docket No. 5:13-MJ-2063-1

## Petition for Action on Probation

      COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jonnie M. Revels, who, upon an earlier plea of guilty to Driving While Impaired - Level 5 was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on March 11, 2014, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service during the first 30 days of Probation as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

3. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

4. The defendant shall surrender his North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

      Jonnie Revels has been supervised in the Middle District of North Carolina since probation commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

USPO David Brewer in the Middle District of North Carolina states that Revels has violated her probation by failing to complete alcohol treatment as identified by the assessment, failed to complete the community service, and failed to pay the fine and special assessment. He adds that Revels has struggled with financial and health issues and she is under a doctor's care for seizures. USPO Brewer recommends that probation be extended for a period of 12 months to allow her to complete treatment and pay the monetary obligation. She has reportedly moved in with her mother which will allow her to be in a better position to comply. Additionally, he has requested that the community service be waived due to her health issues.

Revels has signed a waiver agreeing to the proposed modification.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The original term of probation shall be extended for a period of 12 months from March 10, 2015, until March 10, 2016.

2. The special condition that she perform 24 hours of community service as directed by the probation office is hereby stricken.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: February 25, 2015

## ORDER OF COURT

Considered and ordered this  25th  day of   February       , 2015, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge